

**ORDERED in the Southern District of Florida on October 19, 2021.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                            Case No.:  21-19129-LMI

BIG BEN 33166, LLC, a New Mexico          Chapter 7
Limited Liability Company,

    Debtor.
_____/

**ORDER TO SHOW CAUSE WHY ATTORNEY AGNES MOMBRUN GETER
SHOULD NOT BE SUSPENDED FROM THE PRACTICE OF LAW IN THIS COURT
<u>AND SETTING HEARING</u>**

**THIS CAUSE** came before the Court *sua sponte* after hearing on October 14, 2021, upon the *Trustee's Motion to Dismiss Case with Prejudice for Two Years* (ECF #6) (the "Trustee's Motion") filed by the Trustee on September 23, 2021, and the *Debtor's Motion to Dismiss Bankruptcy Case* (ECF #18) (the "Debtor's Motion") filed by the Debtor on October 13, 2021 (collectively with the Trustee's Motion the "Motions").  Debtor's Counsel, Agnes Mombrun Geter, Esq., failed to appear at the hearing to represent the Debtor. A review of the record indicates that Debtor's counsel was served with the Notice of Hearing, and in fact, the Court

presumes the Debtor's Motion was filed in an attempt to avoid the hearing on the Trustee's Motion.

In addition to counsel failing to appear at the hearing, it appears from the record that the bankruptcy petition (the second filed by this Debtor in the space of four months) was filed with no intention to reorganize, and solely for the purpose of seeking to stop a foreclosure sale. If true, then the filing of the bankruptcy petition by counsel was a violation of Rule 9011 of the Federal Rules of Bankruptcy Procedure.

Finally, a review of the docket indicates that the corporate authorization accompanying the petition was unsigned, bringing into question whether the filing of the petition was properly authorized.

Based on the foregoing the Court deems it appropriate to consider whether Attorney Geter should be sanctioned by this Court. It is therefore,

**ORDERED** that Agnes Mombrun Geter, Esq. shall appear in person at a hearing on **November 29, 2021, at 9:30 a.m**., before the Honorable Laurel M. Isicoff, United States Bankruptcy Court, 301 N. Miami Avenue, Courtroom 8, Miami, Florida to show cause why she should not lose her privileges to practice law in this Court pursuant to Local Rule 2090-2(B)(1) by virtue of filing a bankruptcy petition that is clearly in violation of Rule 9011 of the Federal Rules of Bankruptcy Procedure.

###

Copies furnished to:
Agnes Mombrun Geter, Esq.

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*