

**ORDERED in the Southern District of Florida on December 8, 2021.**

_Laurel M. Isicoff_
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              Case No.:   21-19129-LMI

BIG BEN 33166, LLC, a New Mexico                    Chapter 7
Limited Liability Company,

            Debtor.
_____/

### ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ATTORNEY AGNES MOMBRUN GETER SHOULD NOT BE SUSPENDED FROM THE PRACTICE OF LAW IN THIS COURT

**THIS CAUSE** came before the Court for hearing on November 29, 2021 at 9:30 a.m. upon the _Order to Show Cause Why Attorney Agnes Mombrun Geter Should not be Suspended from the Practice of Law in this Court and Setting Hearing_ (ECF #22) (the "Show Cause Order"). For the reasons stated on the record, it is

ORDERED AND ADJUDGED that:

1.     The Show Cause Order is discharged with the following conditions: (1) Attorney Geter may not file another corporate bankruptcy case in the Southern District of Florida without

certifying that she took a Continuing Legal Education course on corporate bankruptcy cases; and (2) should Attorney Geter choose to file another corporate bankruptcy case in this Court, she must do so with the help of a mentor.

###

Copies furnished to:
Agnes Mombrun Geter, Esq.
Hon. A. Jay Cristol
Hon. Robert A. Mark
Hon. Erik P. Kimball
Hon. Mindy A. Mora
Hon. Scott M. Grossman
Hon. Peter D. Russin
Joe Falzone, Clerk of Court

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*